# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No.: 2:11-CV-3677-VEH** |
| ) | |
| **MARK SMITH,** ) | |
| ) | |
| **Defendant.** ) | |

## FINDINGS OF FACTS AND CONCLUSION OF LAW

Pending before the court is Plaintiff's Motion for Entry of Default and Judgment by Default (Doc. 4) filed on December 28, 2011.  Pursuant to Rule 55 of the Federal Rules of Civil Procedure, the court makes the following findings of fact and conclusions of law:

1.  The summons and complaint were served upon Defendant on November 4, 2011, as evidenced by the proof of service (Doc. 3) filed on November 30, 2011.

2.  Defendant has failed to appear, plead, or otherwise defend.

3.  Defendant is not an infant or incompetent person, nor has Defendant been in the military service of the United States since the filing of this suit or for a period of six months prior to such filing.

4. The Clerk of the Court filed an entry of default against Defendant (Doc. 5) on December 29, 2011.

5. Defendant is indebted to Plaintiff in the principal sum of $231,979.49, court costs of $350.00 pursuant to 28 U.S.C. § 2412(a)(2), accrued interest of $31,812.53 through June 27, 2011, at the rate of 8.250 percent per annum until the date of judgment, plus interest from the date of judgment at the prevailing legal rate per annum, and process service costs of $55.00.

6. Accordingly, Plaintiff is due to recover from Defendant the total sum of $264,197.02, plus interest from June 27, 2011, until date of judgment at the rate of 8.250 percent per annum and interest thereafter at the prevailing legal rate per annum until paid in full.

The court will enter a judgment by default accordingly.

**DONE** and **ORDERED** this the 29th day of December, 2011.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge